**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-  Case No.:  2:10-cr-96-FtM-29SPC

MARCELINO MOLINA-GARCIA

_____

**ORDER**

      This matter comes before the Court on the Unopposed Motion to Re-Set Change of Plea Hearing (Doc. #16) filed on September 10, 2010.  Counsel moves the Court to re-schedule the change of plea hearing set for September 24, 2010.  As grounds, Counsel indicates he is scheduled for a doctors appointment and is unavailable during the scheduled hearing time.  The Government does not object to re-scheduling the hearing.  Having considered the motion, the Court finds good cause and will grant the motion.

      Accordingly, it is now

      **ORDERED:**

      The Unopposed Motion to Re-Set Change of Plea Hearing (Doc. #16) is **GRANTED**.  A new hearing date and time will be issued under separate notice.

      **DONE AND ORDERED** at Fort Myers, Florida, this   13th   day of September, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record